1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  AMY HADDIX                                    *E-FILED - 8/21/08*
   Deputy Attorney General
6  State Bar No. 183944
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5893
8    Fax: (415) 703-1234
   Attorneys for Respondent
9
                    IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13  **MOBASSA BOYD,**                           C-00-21287 RMW

14                              Petitioner,     **ORDER**

15            v.

16  **ANTHONY NEWLAND, Warden,**

17                              Respondent.

18

19          GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

20  September 17, 2008, to file a response to petitioner's renewed *Batson* claim.  Petitioner may file a

21  reply within 20 days of the receipt of the response.

22          Dated: __8/21/08_____

23

24          _Ronald M. Whyte_____

25          RONALD M. WHYTE
            United States District Judge
26

27

28

ORDER - C-00-21287 RMW

                                        1