**United States District Court**
For the Northern District of California

**E-FILED on** 10/02/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOBASSA BOYD,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY NEWLAND,<br><br>    Respondent. | No. C-00-21287 RMW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO RENEWED BATSON CLAIM<br><br>**[Re Docket No. 58]** |

GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that Petitioner may have until October 28, 2008 to file a reply brief in the Renewed Batson motion in the above case.

DATED: 10/02/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO RENEWED BATSON CLAIM—No. C-00-21287 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**

Mark Eibert          markeibert@comcast.net

**Counsel for Respondent:**

Amy Haddix          amy.haddix@doj.ca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/02/08                                        /s/ JAS
                                                          **Chambers of Judge Whyte**