**E-FILED on**   8/17/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOBASSA BOYD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY NEWLAND,<br><br>　　　　Respondent. | No. C-00-21287 RMW<br><br>JUDGMENT |

On August 13, 2010, the court denied petitioner's application for a writ of habeas corpus. Therefore, it is hereby ordered that judgment be entered in favor of respondent and that petitioner is not entitled to any relief by way of his petition.

DATED:    8/17/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-00-21287 RMW
CCL